377 A.2d 177

Commonwealth v. Leonard, Appellant.

Submitted April 12, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 177

Commonwealth v. Lewis, Appellant.

Submitted June 14, 1976. Joseph L. DiTomo, Jr., for appellant; John M. DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.